**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
COLD STONE CREAMERY, INC., :
An Arizona Corporation, and :
COLD STONE CREAMERY LEASING :
  COMPANY, INC., :
An Arizona Corporation, :
 :
        Plaintiffs, :
 :
v. : C.A. No. 07-CV-6705 (SCR)
 :
BLUE ICE CREAMERY, INC, :
A New York Corporation, :
STARRY NIGHTS, INC, :
A New York Corporation, :
THE STONE AT LYNBROOK, INC, :
A New York Corporation, :
SPARKY'S DELIGHTS, INC, :
A New York Corporation, :
THE STONE AT MELVILLE, INC, :
A New York Corporation, :
MARC MANDELBAUM, :
A Resident of the State of New York, :
ROY MANDELBAUM, :
A Resident of the State of New York, :
ERIC LEVINE, :
A Resident of the State of New York, :
KAREN LEVINE, :
A Resident of the State of New York, and :
AMY GREENBERG, :
A Resident of the State of New York, :
 :
        Defendants. :
---------------------------------------------------------------x

## PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT
## PURSUANT TO LOCAL CIVIL RULE 7.1.1

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned, counsel for

Plaintiffs Cold Stone Creamery, Inc. and Cold Stone creamery Leasing Company, Inc., in the

above captioned action, certifies that they are subsidiaries of Kahala Corporation, a privately

held corporation and that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

        Respectfully submitted,

       By: /s/ Ronald D. Degen
        Ronald Degen, Esq. (RD 7808)
        Scott Goldfinger, Esq. (SC 9219)
        O'ROURKE & DEGEN, PLLC
        225 Broadway, Suite 715
        New York, NY 10007
        Telephone: (212) 227-4530
        Facsimile: (212) 385-9813
        E-mail: rdegen@odlegal.com

        Robert L. Zisk, Esq. (RZ 1275)
        Stephen J. Vaughan, Esq. (SJ 2990)
        GRAY, PLANT, MOOTY, MOOTY
         & BENNETT, P.A.
        2600 Virginia Avenue, N.W., Suite 1111
        Washington, DC 20037
        Telephone: (202) 295-2200
        Facsimile: (202) 295-2250

        *Attorneys for Plaintiffs*
        Cold Stone Creamery, Inc. and
        Cold Stone Creamery Leasing Company, Inc.

Dated: July 25, 2007