## United States District Court Southern District of New York

COLD STONE CREAMERY, INC. and
COLD STONE CREAMERY LEASING COMPANY, INC.

          Plaintiffs,

-against-          Case No 07 CV 6705
                         JUDGE ROBINSON

BLUE ICE CREAMERY, INC. et al
          Defendant,

State of New York
County of Saratoga:

The undersigned, being duly sworn, deposes and says that she is over the age of twenty-one years, that on July 27th  2007 12:05 PM at the office of the Secretary of State, of the State of New York in the City of Albany, New York 12207, she served the: summons, complaint, individual practices of Judge Stephen C. Robinson, USDC/SDNY 3rd amended instructions for filing an electronic case, USDC/SDNY procedures for electronic case filing and USDC/SDNY guidelines for electronic case filing

ON: Blue Ice Creamery, Inc.

Defendant in this action, by delivering to and leaving with *Donna Christie, DEMO*
In the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State at 41 State St. Albany, NY  12207, two copies thereof and that at the time of making such service, deponent paid Secretary of  State a fee of  forty dollars. That said service was made pursuant to Section *306 BCL*

Deponent further says that she knew the person so served as aforesaid to be the *DEMO* in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Deponent further states that she describes the person actually served as follows:

Sex: female   Skin Color: white      Hair Color: brown  Age (Approx.) 38

Height (Approx.) 5'4"       Weight (Approx.)  140  Other identifying features:

Sworn to before me this
28th day of July 2007

Richard Grice Notary Public State of New York
Saratoga County, No. 01GR4835860
Commission Expires: May. 31, 2011

                                 Sara Grice

## *United States District Court Southern District of New York*

COLD STONE CREAMERY, INC. and
COLD STONE CREAMERY LEASING COMPANY, INC.

           Plaintiffs,

-against-           Case No 07 CV 6705
                       JUDGE ROBINSON

BLUE ICE CREAMERY, INC. et al
        Defendant,

---

State of New York
County of Saratoga:

The undersigned, being duly sworn, deposes and says that she is over the age of twenty-one
years, that on July 27th 2007 12:05 PM at the office of the Secretary of State, of the State of
New York in the City of Albany, New York 12207, she served the: summons, complaint,
individual practices of Judge Stephen C. Robinson, USDC/SDNY 3rd amended instructions for
filing an electronic case, USDC/SDNY procedures for electronic case filing and USDC/SDNY
guidelines for electronic case filing

ON: Starry Nights, Inc.

Defendant in this action, by delivering to and leaving with *Donna Christie, DEMO*
In the Office of the Secretary of State, of the State of New York, personally at the Office of the
Secretary of State at 41 State St. Albany, NY 12207, two copies thereof and that at the time
of making such service, deponent paid Secretary of State a fee of forty dollars. That said
service was made pursuant to Section *306 BCL*
Deponent further says that she knew the person so served as aforesaid to be the *DEMO* in the
Office of the Secretary of State of the State of New York, duly authorized to accept such
service on behalf of said defendant.

Deponent further states that she describes the person actually served as follows:

Sex: female   Skin Color: white     Hair Color: brown  Age (Approx.) 38

Height (Approx.) 5'4"        Weight (Approx.) 140  Other identifying features:

Sworn to before me this
28th day of July 2007

                                             Sara Grice

Richard Grice Notary Public State of New York
Saratoga County, No. 01GR4835860
Commission Expires: May. 31, 2011

<u>United States District Court Southern District of New York</u>

COLD STONE CREAMERY, INC. and
COLD STONE CREAMERY LEASING COMPANY, INC.

        Plaintiffs,

-against-              Case No 07 CV 6705
                           JUDGE ROBINSON

BLUE ICE CREAMERY, INC. et al
        Defendant,

State of New York
County of Saratoga:

The undersigned, being duly sworn, deposes and says that she is over the age of twenty-one years, that on July 27th 2007 12:05 PM at the office of the Secretary of State, of the State of New York in the City of Albany, New York 12207, she served the: summons, complaint, individual practices of Judge Stephen C. Robinson, USDC/SDNY 3rd amended instructions for filing an electronic case, USDC/SDNY procedures for electronic case filing and USDC/SDNY guidelines for electronic case filing

ON: The Stone at Lynbrook Inc.

Defendant in this action, by delivering to and leaving with *Donna Christie, DEMO*
In the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State at 41 State St. Albany, NY 12207, two copies thereof and that at the time of making such service, deponent paid Secretary of State a fee of forty dollars. That said service was made pursuant to Section *306 BCL*
Deponent further says that she knew the person so served as aforesaid to be the *DEMO* in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Deponent further states that she describes the person actually served as follows:

Sex: female   Skin Color: white     Hair Color: brown  Age (Approx.) 38

Height (Approx.) 5'4"      Weight (Approx.) 140  Other identifying features:

Sworn to before me this
28th day of July 2007

Richard Grice Notary Public State of New York
Saratoga County, No. 01GR4835860
Commission Expires: May. 31, 2011

Sara Grice

## United States District Court Southern District of New York

COLD STONE CREAMERY, INC. and
COLD STONE CREAMERY LEASING COMPANY, INC.

           Plaintiffs,

-against-              Case No 07 CV 6705
                           JUDGE ROBINSON

BLUE ICE CREAMERY, INC. et al
           Defendant,

---

State of New York
County of Saratoga:

The undersigned, being duly sworn, deposes and says that she is over the age of twenty-one years, that on July 27th  2007  12:05 PM at the office of the Secretary of State, of the State of New York in the City of Albany, New York 12207, she served the: summons, complaint, individual practices of Judge Stephen C. Robinson, USDC/SDNY 3rd amended instructions for filing an electronic case, USDC/SDNY procedures for electronic case filing and USDC/SDNY guidelines for electronic case filing

ON: Sparky's Delights, Inc.

Defendant in this action, by delivering to and leaving with *Donna Christie, DEMO*
In the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State at 41 State St. Albany, NY  12207,  two copies thereof and that at the time of making such service, deponent paid Secretary of  State a fee of  forty dollars.  That said service was made pursuant to Section *306 BCL*
Deponent further says that she knew the person so served as aforesaid to be the *DEMO* in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Deponent further states that she describes the person actually served as follows:

Sex: female   Skin Color: white      Hair Color: brown  Age (Approx.) 38

Height (Approx.)  5'4"         Weight (Approx.)  140  Other identifying features:

Sworn to before me this
28th day of July 2007

Richard Grice Notary Public State of New York
Saratoga County, No. 01GR4835860
Commission Expires: May. 31, 2011

Sara Grice

Sara Grice

*United States District Court Southern District of New York*

COLD STONE CREAMERY, INC. and
COLD STONE CREAMERY LEASING COMPANY, INC.

          Plaintiffs,

-against-          Case No 07 CV 6705
                    JUDGE ROBINSON

BLUE ICE CREAMERY, INC. et al
          Defendant,

---

State of New York
County of Saratoga:

The undersigned, being duly sworn, deposes and says that she is over the age of twenty-one years, that on July 27th  2007  12:05 PM at the office of the Secretary of State, of the State of New York in the City of Albany, New York 12207, she served the: summons, complaint, individual practices of Judge Stephen C. Robinson, USDC/SDNY 3rd amended instructions for filing an electronic case, USDC/SDNY procedures for electronic case filing and USDC/SDNY guidelines for electronic case filing

ON: The Stone at Melville Inc.

Defendant in this action, by delivering to and leaving with *Donna Christie, DEMO*
In the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State at 41 State St. Albany, NY  12207,  two copies thereof and that at the time of making such service, deponent paid Secretary of State a fee of  forty dollars.  That said service was made pursuant to Section *306 BCL*
Deponent further says that she knew the person so served as aforesaid to be the *DEMO* in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Deponent further states that she describes the person actually served as follows:

Sex: female   Skin Color: white      Hair Color: brown  Age (Approx.) 38

Height (Approx.)  5'4"          Weight (Approx.)  140  Other identifying features:

Sworn to before me this
28th day of July 2007

_____
Richard Grice Notary Public State of New York
Saratoga County, No. 01GR4835860
Commission Expires: May. 31, 2011

Sara Grice

**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------x

COLD STONE CREAMERY, INC. and                   :
COLD STONE CREAMERY LEASING          :        **Electronically Filed**
COMPANY, INC.,                                  :
                                                :
      Plaintiffs,                            :
                                                :
v.                                              :        C.A. No. 07-CV-6705 (SCR)
                                                :
BLUE ICE CREAMERY, INC., et al.,                :
                                                :
      Defendants.                            :
--------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

      I hereby certify under penalty of perjury that on July 26, 2007 at 8:15 P.M. at 3 Candor Drive, Woodbury, New York, I served the summons and complaint, together with the Rules of Judge Stephen C. Robinson, USDC/SDNY Instructions for Filing an Electronic Case, USDC/SDNY Procedures for Electronic Case Filing and USDC/SDNY Guidelines for Electronic Case Filing, in the above-entitled action upon **Defendant MARC MANDELBAUM** by delivering a true copy of each to him.

      The person served was a male, white, brown hair, 5'8", early 30's,120 pounds.

**RALPH ADDONIZIO**

Sworn to before me this

30th day of July, 2007.

IRIS PESKIN
Notary Public, State of New York
No. 01PE6151942
Qualified in Nassau County
Commission Expires August 26, 2010

**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

COLD STONE CREAMERY, INC. and :
COLD STONE CREAMERY LEASING :   **Electronically Filed**
   COMPANY, INC., :
      :
      Plaintiffs, :
      :
v. :   C.A. No. 07-CV-6705 (SCR)
      :
BLUE ICE CREAMERY, INC., et al., :
      :
      Defendants. :

-------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I hereby certify under penalty of perjury that on July 26, 2007 at 8:00 P.M. at 30 Irene Lane East, Plainview, New York, I served the summons and complaint, together with the Rules of Judge Stephen C. Robinson, USDC/SDNY Instructions for Filing an Electronic Case, USDC/SDNY Procedures for Electronic Case Filing and USDC/SDNY Guidelines for Electronic Case Filing, in the above-entitled action upon **Defendant ROY MANDELBAUM** by delivering a true copy of each to him.

The person served was a male, white, gray hair, 5'6", over 65 years old, 150 pounds.

**RALPH ADDONIZIO**

Sworn to before me this

30th day of July, 2007.

IRIS PESKIN
Notary Public, State of New York
No. 01PE6151942
Qualified in Nassau County
Commission Expires August 28, 2010

**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

COLD STONE CREAMERY, INC. and  :
COLD STONE CREAMERY LEASING   :   **Electronically Filed**
COMPANY, INC.,                 :
                               :
        Plaintiffs,            :
                               :
v.                             :   C.A. No. 07-CV-6705 (SCR)
                               :
BLUE ICE CREAMERY, INC., et al.,  :
                               :
        Defendants.            :

-------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I hereby certify under penalty of perjury that on July 27, 2007 at 5:15 P.M. at 54 Candlewood Road, Scarsdale, New York, I served the summons and complaint, together with the Rules of Judge Stephen C. Robinson, USDC/SDNY Instructions for Filing an Electronic Case, USDC/SDNY Procedures for Electronic Case Filing and USDC/SDNY Guidelines for Electronic Case Filing, in the above-entitled action upon **Defendant ERIC LEVINE** by delivering a true copy of each to **KAREN LEVINE**, a person of suitable age and discretion. Said premises is Defendant's actual residence.

On July 30, 2007 I enclosed a copy of same in a postpaid envelope properly addressed to Defendant at Defendant's last known residence at 54 Candlewood Road, Scarsdale, New York 10583 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

The person served was a female, white, brown hair, 5'8", early 30's, 120 pounds.

**RALPH ADDONIZIO**

Sworn to before me this

30th day of July, 2007.

IRIS PESKIN
Notary Public, State of New York
No. 01PE6151942
Qualified in Nassau County
Commission Expires August 26, 20/0

**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

COLD STONE CREAMERY, INC. and
COLD STONE CREAMERY LEASING     :     **Electronically Filed**
COMPANY, INC.,                  :
                                :
        Plaintiffs,             :
                                :
v.                              :     C.A. No. 07-CV-6705 (SCR)
                                :
BLUE ICE CREAMERY, INC., et al.,:
                                :
        Defendants.             :

-------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I hereby certify under penalty of perjury that on July 27, 2007 at 5:15 P.M. at 54 Candlewood Road, Scarsdale, New York, I served the summons and complaint, together with the Rules of Judge Stephen C. Robinson, USDC/SDNY Instructions for Filing an Electronic Case, USDC/SDNY Procedures for Electronic Case Filing and USDC/SDNY Guidelines for Electronic Case Filing, in the above-entitled action upon **Defendant KAREN LEVINE** by delivering a true copy of each to her.

The person served was a female, white, brown hair, 5'8", early 30's, 120 pounds.

**RALPH ADDONIZIO**

Sworn to before me this

30th day of July, 2007.

IRIS PESKIN
Notary Public, State of New York
No. 01PE6151942
Qualified in Nassau County
Commission Expires August 28, 2010

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

COLD STONE CREAMERY, INC. and :
COLD STONE CREAMERY LEASING : **Electronically Filed**
COMPANY, INC., :
            :
            Plaintiffs, :
            :
            v. : C.A. No. 07-CV-6705 (SCR)
            :
BLUE ICE CREAMERY, INC., et al., :
            :
            Defendants. :

-------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

I hereby certify under penalty of perjury that on July 26, 2007 at 5:40 P.M. at 11 Hunters
Lane, Roslyn, New York, I served the summons and complaint, together with the Rules of Judge
Stephen C. Robinson, USDC/SDNY Instructions for Filing an Electronic Case, USDC/SDNY
Procedures for Electronic Case Filing and USDC/SDNY Guidelines for Electronic Case Filing,
in the above-entitled action upon **Defendant AMY GREENBERG** by delivering a true copy of
each to **SHARON FORBES,** a person of suitable age and discretion. Said premises is
Defendant's actual residence.

On July 30, 2007 I enclosed a copy of same in a postpaid envelope properly addressed to
Defendant at Defendant's last known residence at 11 Hunters Lane, Roslyn, New York 11576 and
deposited said envelope in an official depository under the exclusive care and custody of the U.S.
Postal Service within New York State.

The person served was a female, black, gray hair, 5'6", 50 years old, 170 pounds.

**RALPH ADDONIZIO**

Sworn to before me this

30th day of July, 2007.

**IRIS PESKIN**
**Notary Public, State of New York**
**No. 01PE6151942**
**Qualified in Nassau County**
**Commission Expires August 28, 2010**