UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

COLD STONE CREAMERY, INC.,
An Arizona Corporation, and
COLD STONE CREAMERY LEASING
  COMPANY, INC.,
An Arizona Corporation,

Plaintiffs,

v.

BLUE ICE CREAMERY, INC,
A New York Corporation,
STARRY NIGHTS, INC,
A New York Corporation,
THE STONE AT LYNBROOK, INC,
A New York Corporation,
SPARKY'S DELIGHTS, INC,
A New York Corporation,
THE STONE AT MELVILLE, INC,
A New York Corporation,
MARC MANDELBAUM,
A Resident of the State of New York,
ROY MANDELBAUM,
A Resident of the State of New York,
ERIC LEVINE,
A Resident of the State of New York,
KAREN LEVINE,
A Resident of the State of New York, and
AMY GREENBERG,
A Resident of the State of New York,

Defendants.
------------------------------------------------------------x

NOTICE OF MOTION TO
ADMIT COUNSEL
PRO HAC VICE

C.A. No. 07-CV-6705 (WCC)



PLEASE TAKE NOTICE that upon the annexed affidavit of Stephen J. Vaughan in support of this motion and the Certificate of Good Standing annexed thereto we will move this Court before the Honorable William C. Conner at the United States Courthouse for the Southern District of New York, pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an

Order allowing the admission of Stephen J. Vaughan, a principal with the firm of Gray, Plant, Mooty, Mooty & Bennett, P.A., and a member in good standing of the Bar of the District of Columbia, as attorney pro hac vice to argue or try this case in whole or in part as counsel.

                                              Respectfully submitted,

Dated: November 9, 2007

                                              /s/ Ronald D. Degen
                                              Ronald Degen (RD 7808)
                                              Scott Goldfinger (SG 9219)
                                              O'ROURKE & DEGEN, PLLC
                                              225 Broadway, Suite 715
                                              New York, NY 10007
                                              Telephone:  (212) 227-4530
                                              Facsimile:   (212) 385-9813

                                              Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
| | |
|---|---|
| COLD STONE CREAMERY, INC., An Arizona Corporation, and COLD STONE CREAMERY LEASING COMPANY, INC., An Arizona Corporation, <br><br> Plaintiffs, <br><br> v. <br><br> BLUE ICE CREAMERY, INC, A New York Corporation, STARRY NIGHTS, INC, A New York Corporation, THE STONE AT LYNBROOK, INC, A New York Corporation, SPARKY'S DELIGHTS, INC, A New York Corporation, THE STONE AT MELVILLE, INC, A New York Corporation, MARC MANDELBAUM, A Resident of the State of New York, ROY MANDELBAUM, A Resident of the State of New York, ERIC LEVINE, A Resident of the State of New York, KAREN LEVINE, A Resident of the State of New York, and AMY GREENBERG, A Resident of the State of New York, <br><br> Defendants. | CERTIFICATION OF STEPHEN J. VAUGHAN IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE <br><br> C.A. No. 07-CV-6705 (WCC) |

-----------------------------------------------------------------x

STEPHEN J. VAUGHAN, hereby certifies the following:

    1.    I submit this certification in support of my motion for admission to practice pro hac vice in the above-captioned matter. I am a resident of the Commonwealth of Virginia, and a principal with the law firm of Gray, Plant, Mooty, Mooty & Bennett, P.A., 2600 Virginia Avenue, N.W., Suite 1111, Washington, D.C. 20037.

2. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the District of Columbia.

3. I have never been held in contempt of court.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I have read and I am familiar with the provisions of the Judicial Code (Title 28, U.S.C.), the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, and the New York Lawyer's Code of Professional Responsibility.

6. I will faithfully adhere to all rules applicable to my conduct in connection with any activities in this Court.

WHEREFORE, it is respectfully requested that this Court allow petitioner to appear as counsel and advocate pro hac vice in this one case.

_____
Stephen J. Vaughan

Dated: November 8th, 2007

Subscribed and sworn to before me
this 8th day of November, 2007.

_____
Notary Public
My Commission Expires:

SHARON A. GEORGE
NOTARY PUBLIC DISTRICT OF COLUMBIA
MY COMMISSION EXPIRES FEBRUARY 28, 2012



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

STEPHEN J. VAUGHAN

was on the    2nd    day of    August, 1999    duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on November 8, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
           Deputy Clerk

## CERTIFICATE OF SERVICE

    I hereby certify under penalty of perjury that on November 9, 2007 I served Plaintiffs' Motion for Admission *Pro Hac Vice* for Stephen J. Vaughan, supporting papers and proposed Order by first class mail in a postpaid wrapper addressed to each of the following:

Adam B. Kaufman, Esq.
Adam B. Kaufman & Associates, PLLC
585 Stewart Avenue, Suite 302
Garden City, New York 11530

Roy Mandelbaum, Esq.
128 Front Street
Mineola, New York 11501

Dated: November 9, 2007

                                                            RONALD D. DEGEN

```
UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
```
COLD STONE CREAMERY, INC.,  
An Arizona Corporation, and  
COLD STONE CREAMERY LEASING  
   COMPANY, INC.,  
An Arizona Corporation,  

                                    **ORDER FOR ADMISSION**  
                                    **TO PRACTICE PRO HAC**  
                                    **VICE**

Plaintiffs,

              v.                                C.A. No. 07-CV-6705 (WCC)

BLUE ICE CREAMERY, INC,  
A New York Corporation,  
STARRY NIGHTS, INC,  
A New York Corporation,  
THE STONE AT LYNBROOK, INC,  
A New York Corporation,  
SPARKY'S DELIGHTS, INC,  
A New York Corporation,  
THE STONE AT MELVILLE, INC,  
A New York Corporation,  
MARC MANDELBAUM,  
A Resident of the State of New York,  
ROY MANDELBAUM,  
A Resident of the State of New York,  
ERIC LEVINE,  
A Resident of the State of New York,  
KAREN LEVINE,  
A Resident of the State of New York, and  
AMY GREENBERG,  
A Resident of the State of New York,  

Defendants.
```
------------------------------------------------------------x
```

The motion for admission to practice <u>pro hac vice</u> in the above captioned matter is granted.

**IT IS HEREBY ORDERED** that:

        Stephen J. Vaughan  
        Gray, Plant, Mooty, Mooty & Bennett, P.A.  
        2600 Virginia Avenue, NW  
        Washington, DC 20037  
        stephen.vaughan@gpmlaw.com

is admitted to practice pro hac vice and permitted to argue or try this particular case in whole or in part as counsel on behalf of Plaintiffs.

An attorney admitted to practice pro hac vice is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee within 10 business days.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission pro hac vice for the above listed case will be made on the roll of attorneys.

The attorney admitted pro hac vice must serve a copy of this Order on all other counsel in this case.

Dated: November ___, 2007

_____
United States District Judge

cc: Stephen J. Vaughan
     Counsel of Record
     Court File