**ORIGINAL**

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
COLD STONE CREAMERY, INC.,           :
An Arizona Corporation, and          :
COLD STONE CREAMERY LEASING          :    ORDER FOR ADMISSION
  COMPANY, INC.,                     :    TO PRACTICE PRO HAC
An Arizona Corporation,              :    VICE
                                     :
Plaintiffs,                          :
                                     :
              v.                     :    C.A. No. 07-CV-6705 (WCC)
                                     :
BLUE ICE CREAMERY, INC,              :    ECF CASE
A New York Corporation,              :
STARRY NIGHTS, INC,                  :
A New York Corporation,              :
THE STONE AT LYNBROOK, INC,          :
A New York Corporation,              :
SPARKY'S DELIGHTS, INC,              :
A New York Corporation,              :
THE STONE AT MELVILLE, INC,          :
A New York Corporation,              :
MARC MANDELBAUM,                     :
A Resident of the State of New York, :
ROY MANDELBAUM,                      :
A Resident of the State of New York, :
ERIC LEVINE,                         :
A Resident of the State of New York, :
KAREN LEVINE,                        :
A Resident of the State of New York, and :
AMY GREENBERG,                       :
A Resident of the State of New York, :
                                     :
Defendants.                          :
------------------------------------------------------------x

The motion for admission to practice <u>pro hac vice</u> in the above captioned matter is granted.

**IT IS HEREBY ORDERED** that:

      Stephen J. Vaughan
      Gray, Plant, Mooty, Mooty & Bennett, P.A.
      2600 Virginia Avenue, NW
      Washington, DC 20037
      stephen.vaughan@gpmlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

E-
COPIES MAILED TO COUNSEL OF RECORD _____

is admitted to practice pro hac vice and permitted to argue or try this particular case in whole or in part as counsel on behalf of Plaintiffs.

An attorney admitted to practice pro hac vice is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee within 10 business days.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission pro hac vice for the above listed case will be made on the roll of attorneys.

The attorney admitted pro hac vice must serve a copy of this Order on all other counsel in this case.

Dated: November 15, 2007

                                                                                         United States District Judge

cc:     Stephen J. Vaughan
        Counsel of Record
        Court File