UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
COLD STONE CREAMERY, INC.,                  :
An Arizona Corporation, and                 :
COLD STONE CREAMERY LEASING                 :
   COMPANY, INC.,                           :
An Arizona Corporation,                     :
                                            :
                Plaintiffs,                 :
                                            :
         v.                                 :   C.A. No.     07-CIV-6705
                                            :
BLUE ICE CREAMERY, INC,                     :
A New York Corporation,                     :
STARRY NIGHTS, INC,                         :
A New York Corporation,                     :
THE STONE AT LYNBROOK, INC,                 :
A New York Corporation,                     :
SPARKY'S DELIGHTS, INC,                     :
A New York Corporation,                     :   **NOTICE OF DISMISSAL**
THE STONE AT MELVILLE, INC,                 :
A New York Corporation,                     :
MARC MANDELBAUM,                            :
A Resident of the State of New York,        :
ROY MANDELBAUM,                             :
A Resident of the State of New York,        :
ERIC LEVINE,                                :
A Resident of the State of New York,        :
KAREN LEVINE,                               :
A Resident of the State of New York, and    :
AMY GREENBERG,                              :
A Resident of the State of New York,        :
                                            :
                Defendants.                 :
------------------------------------------------------------x

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs Cold Stone Creamery, Inc., and Cold Stone

Creamery Leasing Company, Inc., hereby give notice of the dismissal, with prejudice, of all claims

against Defendants Blue Ice Creamery, Inc.; Starry Nights, Inc.; The Stone at Lynbrook, Inc.;

The Stone at Melville, Inc.; Marc Mandelbaum; Roy Mandelbaum; Eric Levine; and Karen Levine.

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs Cold Stone Creamery, Inc., and Cold Stone Creamery Leasing Company, Inc., also give notice of the dismissal, without prejudice, of all claims against Defendant Sparky Delights, Inc.

    Respectfully submitted,

    /s/ Stephen J. Vaughan
    Stephen J. Vaughan (SJ 2990)
    stephen.vaughan@gpmlaw.com
    GRAY, PLANT, MOOTY, MOOTY
      & BENNETT, P.A.
    2600 Virginia Avenue, N.W., Suite 1111
    Washington, DC 20037
    Telephone:   (202) 295-2200
    Facsimile:   (202) 295-2250

    Ronald Degen, Esq. (RD 7808)
    Scott Goldfinger, Esq. (SC 9219)
    O'ROURKE & DEGEN, PLLC
    225 Broadway, Suite 715
    New York, New York 10007
    Telephone:   (212) 227-4530
    Facsimile:   (212) 385-9813
    E-mail: rdegen@odlegal.co

    *Attorneys for Plaintiffs*
    Cold Stone Creamery, Inc. and Cold Stone
    Creamery Leasing, Inc.

**CERTIFICATE OF SERVICE**

      I hereby certify under penalty of perjury that on April 22, 2008, I served Plaintiffs' **NOTICE OF DISMISSAL** by first class mail in a postpaid wrapper addressed to each of the following:

Adam B. Kaufman, Esq.
Adam B. Kaufman & Associates, PLLC
585 Stewart Avenue, Suite 302
Garden City, New York 11530

Roy Mandelbaum, Esq.
128 Front Street
Mineola, New York 11501

Robert Scott Grossman, Esq.
Robert S. Grossman, PC
585 Stewart Avenue, Suite 300
Garden City, New York 11530

                                              /s/ Stephen J. Vaughan

GP:2365052 v1